IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| YORLUM PROPERTIES, LTD, dba YORLUM PROPERTIES, LP, J&J INVESTMENTS 2, <br><br> Plaintiffs, <br><br> v. <br><br> SHERI LEE, <br><br> Defendant. | CV-25-153-M-KLD <br><br> ORDER |

On November 25, 2025, the Court issued an order granting Plaintiffs' motion to remand this case to state court on the ground that federal subject matter jurisdiction is lacking, and giving Plaintiffs until December 15, 2025, to file an Amended Complaint clarifying the identity of the J&J Investments plaintiff. (Doc.15).

On December 5, 2025, Plaintiffs filed an Amended Complaint clarifying that J&J Investments 2 is a plaintiff. (Doc. 17). Accordingly, and because diversity jurisdiction lacking for the reasons explained in the Court's November 25, 2025, order (Doc. 15), this case must be remanded. The Court has reviewed Defendant Sheri Lee's pro se motion to reconsider the November 25, 2025, order (Doc. 16) and finds no basis for doing so.

Similarly, the Court has reviewed Lee's pro se motion to dismiss the amended complaint. (Doc. 18). Lee alleges that the Court should retain jurisdiction because Plaintiffs' complaint was fraudulently amended. (Doc. 18 at 1-3). The Court finds no such fraud nor any further basis to retain jurisdiction. Because the Court does not have subject matter jurisdiction over Plaintiffs' claims,

IT IS ORDERED that this case is hereby remanded to the Nineteenth Judicial District Court, Lincoln County, Montana, for lack of subject matter jurisdiction. The Clerk of Court is directed to close the case file.

DATED this 10th day of December, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge